

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00861-CV

**IN THE INTEREST OF J.O., J.G., A.G.**, Children

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-08-0786-CVA
Honorable Thomas F. Lee, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

DISMISSED

Appellants Alfredo Leal and Elida Leal seek to appeal from an order granting the Department of Family and Protective Services's motion to strike their Original Petition for Adoption of Children and in the Alternative Motion to Modify Parent Child Relationship signed on November 7, 2013.  The clerk's record does not contain a signed final order or judgment, and the trial court clerk has informed this court that no order or judgment has been filed in the case. On December 23, 2013 we ordered appellants to show cause in writing within fifteen days why this appeal should not be dismissed for lack of jurisdiction.  Appellants did not respond.  Absent an appealable interlocutory order or final judgment in writing, this court has no jurisdiction over this appeal.  *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d

893, 895 (Tex. 1966). Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM